UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 01-CR-109-D

UNITED STATES OF AMERICA,

    Plaintiff,

v.

HUMBERTO ORTIZ-ORONA,

    Defendant.

_____

**ORDER**
_____

THIS MATTER is before the Court on receipt of the Response of Wyatt Angelo to Court's Order to Show Cause (# 91), filed March 9, 2006.  On March 8, 2006, the Court issued an Order to Show Cause based on Mr. Angelo's failure to appear at a Supervised Release Violation Hearing.  Although Mr. Angelo should have appeared at the hearing, I have decided against the imposition of a monetary sanction.  However, should this situation occur again, the Court will impose a sanction.  Accordingly, it is

ORDERED that the Order to Show Cause, which was issued on March 8, 2006, is hereby **DISCHARGED**.

Dated:  March 14, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge